# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **EMMANUEL HERNANDEZ,** | ) | **CASE NO. 4:08CV2722** |
| | ) | |
| **PLAINTIFF ,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CCA, et al.,** | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| **DEFENDANTS.** | ) | |

This matter is before the Court upon Defendant Dana Orenic's ("Defendant") Motion to Dismiss. (Dkt. # 8). On March 18, 2009, this Court issued an order assigning this case to Magistrate Judge Benita Y. Pearson for general pre-trial supervision. (Dkt. # 7). On March 5, 2010, the Magistrate Judge issued a Report and Recommendation ("R&R"), recommending that the Court (1) *sua sponte* convert Defendant's Rule 12(b)(6) motion into a motion for summary judgment pursuant to Federal Rule of Civil Procedure 12(d); (2) grant the motion for summary judgment; and (3) dismiss the Plaintiff's cause of action with prejudice. (Dkt. # 42). On March 25, 2010, Plaintiff filed objections to the R&R. (Dkt. # 43).

The Court has reviewed the R&R *de novo*, and finds that it is well-supported. The Court has also reviewed Plaintiff's objections and finds that they are without merit.

Therefore, the Magistrate Judge's R&R is hereby **ADOPTED**. (Dkt. # 42). Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's cause of action is hereby **DISMISSED** with prejudice. (Dkt. # 8).

1

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus – March 29, 2010**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**